**LODGED**

AUG 09 2017

Clerk, U.S. District Court
District Of Montana
Great Falls

**FILED**

AUG 15 2017

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **GAVIN J. THELEN,** **Defendant.** | **VIOLATION:** 6564137  **Location Code: M13**  **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that in penalty for committing the above-captioned criminal infraction, the defendant shall pay a fine amount of $470 and a $30 processing fee for VN 6564137 for a total amount of $500 in full by December 1, 2017. Payment(s) should be mailed to the following address:

CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance, currently scheduled for August 11, 2017, is VACATED.

DATED this 15th day of August 2017.

John Johnston
United States Magistrate Judge

CERTIFICATE OF MAILING
DATE: 8-15-17  BY ms
I hereby certify that a copy of this order was mailed to:
Dft
AUSA